LANDAU GOTTFRIED & BERGER LLP
Robert G. Wilson, SBN 58653
rwilson@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Plaintiff Point Center Financial, Inc.

GRANT, GENOVESE & BARRATTA, LLP
David C. Grant, SBN 53635
dcg@ggb-law.com
Chad J. Brandel, SBN 256019
cjb@ggb-law.com
2030 Main Street, Suite 1600
Irvine CA 92614
Telephone: (949( 660-1600
Facsimile: (949) 660-6060

Attorneys for Defendant HPC U.S. Fund I, L.P.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| POINT CENTER FINANCIAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HPC U.S. FUND 1, L.P., and DOES 1 through 10, inclusive,<br><br>Defendants. | No. SACV 12-0367 CJC (ANx)<br><br>ORDER TO DISMISS ACTION WITHOUT PREJUDICE<br><br>No Hearing Set |

The Court, having read and considered the Stipulation To Dismiss Action Without Prejudice, entered into by and between plaintiff Point Center Financial, Inc.

ORDER TO DISMISS ACTION WITHOUT PREJUDICE AND ORDER THEREON

No. SACV 12-0367 CJC (ANx)

1  and defendant HPC U.S. Fund I, L.P., and GOOD CAUSE APPEARING, IT IS
2  ORDERED that the instant action shall be dismissed without prejudice, with each
3  party to bear its own costs and attorneys' fees.
4
5  IT IS SO ORDERED this 22nd day of April, 2014.
6
7
8  _____
                    United States District Judge